W. C. Hayman, F. C. Armstrong, K. M. Hebb, M. H. Wyatt, I. A. Redd and W. E. Holmes, Plaintiffs in Error, v. E. A. Weil, Sol Binsanger, and A. L. Weil, Co-partners doing business under the name and style of E. A. Weil & Company, Defendants in Error.

(Supreme Court of Florida, *En Banc,* May 13, 1908.)

Writ of Error to Circuit Court, Hillsborough county, Joseph B. Wall, Judge.

No appearance for the plaintiffs in error;

Frazier & Mabry, for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs and the defendants take writ of error. Writ of error dismissed on motion of counsel for the defendants in error.